1

2

3

4

5

6                **IN THE UNITED STATES DISTRICT COURT**

7                  **FOR THE DISTRICT OF ARIZONA**

8

9    Gagandeep Singh,                        No. CV-26-00518-PHX-AMM (JFM)

10                  Petitioner,               **ORDER**

11   v.

12   Kristi Noem, et al.,

13                  Respondents.

14

15          Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration

16   detention. (Doc. 1.)

17          A district court in the Central District of California recently certified a class that

18   includes Petitioner. *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL

19   3288403, at *1 (C.D. Cal. Nov. 25, 2025). On December 18, 2025, the *Bautista* court

20   entered judgment under Rule 54(b) declaring "the Bond Eligible Class members are

21   detained under 8 U.S.C. § 1226(a) and are not subject to mandatory detention under §

22   1225(b)(2)" and vacating "the Department of Homeland Security policy described in the

23   July 8, 2025, 'Interim Guidance Regarding Detention Authority for Applicants for

24   Admission' under the Administrative Procedure Act as not in accordance with law. 5

25   U.S.C. § 706(2)(A)." *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, Document 94

26   (C.D. Cal. Dec. 18, 2025). Petitioner appears to be a member of the Bond Eligible Class.

27   (Doc. 1-2 at 45.) Pursuant to that judgment, Petitioner is entitled to be released from

28   custody or provided a bond redetermination hearing within seven days. But in the

alternative, the Court's review of the Petition confirms he is entitled to relief regardless of *Bautista*, and the Court grants relief based on its independent view that his detention is governed by § 1226 and not § 1225.

Accordingly,

**IT IS ORDERED**:

1. Petitioner's Petition for Writ of Habeas Corpus is **GRANTED**. (Doc. 1.)

2. Respondents must provide Petitioner a bond redetermination hearing within **seven days** or release him from custody under the same conditions that existed before his detention.

3. Respondents must provide a notice of compliance within **three days** of releasing Petitioner or providing him a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 6th day of February, 2026.

Honorable Angela M. Martinez
United States District Judge